No. 04-02-00638-CV



IN RE Cameron Jay SCHEEL



Original Mandamus Proceeding


Arising from the 408th Judicial District Court, Bexar County, Texas


Trial Court No. 2002-CI-11254


Honorable Janet P. Littlejohn, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Catherine Stone, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: September 25, 2002


PETITION FOR WRIT OF MANDAMUS DENIED

 The court has considered relator's petition for writ of mandamus. The trial court's order
states that "a record of testimony was made;" however, the relator did not file "a properly
authenticated transcript of any relevant testimony from any underlying proceeding, including any
exhibits offered in evidence." Tex. R. App. P. 52.7(a)(2). In addition, the original petition for
divorce states that the "[i]nformation required by section 152.209 of the Texas Family Code is
provided in the attached affidavit;" however, the original petition for divorce included in the exhibits
to the mandamus petition did not include the attached affidavit. Accordingly, relator's petition for
writ of mandamus is denied without prejudice to refiling a petition in compliance with rule 52 of the
Texas Rules of Appellate Procedure. Relator shall pay all costs incurred in this proceeding.

 PER CURIAM

DO NOT PUBLISH